# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

| | |
|---|---|
| CONSTANCE R. PREWITT-MOSBY, | ) |
| Plaintiff, | ) |
| v. | ) No. 14-cv-2618-SHL-tmp |
| MEGAN J. BRENNAN, Postmaster General, United States Postal Service, | ) |
| Defendant. | ) |

## ORDER ADOPTING REPORT AND RECOMMENDATION

Before the Court is the Magistrate Judge's Report and Recommendation ("Report") filed on February 9, 2016. (ECF No. 36.) In his Report, the Magistrate Judge recommended that Defendant's Motion for Summary Judgment (ECF No. 32) be granted in part and denied in part.

Pursuant to the Federal Rules of Civil Procedure, "[w]ithin 14 days after being served with a copy of the recommended disposition, a party may serve and file specific written objections to the proposed findings and recommendations." Fed. R. Civ. P. 72(b)(2). No objections to the Report have been filed, and the time for filing objections has expired. See Fed. R. Civ. P. 5(b)(2), 6(d), 72(b)(2).

"When no timely objection is filed, the court need only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation." Fed. R. Civ. P. 72(b) advisory committee notes. On clear-error review of the Magistrate Judge's Report and Recommendation, the Court hereby **ADOPTS** the Report and Recommendation in its entirety.

Accordingly, Defendant's Motion for Summary Judgment is **GRANTED IN PART** and **DENIED IN PART**.

**IT IS SO ORDERED,** this 10th day of March, 2016.

              s/ Sheryl H. Lipman
              SHERYL H. LIPMAN
              UNITED STATES DISTRICT JUDGE